EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Violent Crimes

WES REBER PORTER    #7698
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at __ o'clock and __ min __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR 04-00332 SOM |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | [18 U.S.C. § 922(g)(9)] |
| MERVYN CHING, | ) | |
| Defendant. | ) | |

I N D I C T M E N T
(18 U.S.C. § 922(g)(9))

The Grand Jury charges that:

On or about July 13, 2004, in the District of Hawaii, defendant MERVYN CHING, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit: a

Ruger Mini-30, 7.62 mm semi-automatic rifle bearing Serial Number 189-89962.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: September 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

2