EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00332 SOM |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| MERVYN CHING, | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant Mervyn Ching on the ground(s) that defendant is now deceased.  The State of Hawaii Department of Health certifies that Mervyn Ching died on May 8, 2005.

The defendant was not in custody on the dismissed charges listed in the Indictment.

DATED:   Honolulu, Hawaii, _____July 11, 2005_____.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____

WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY

_____

SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

United States v. Mervyn Ching
Cr. No. 04-00332 SOM
Order for Dismissal

copies:   United States Marshal
          Attorney for Defendant

2